Peter Anderson, Esq., Cal. Bar No. 88891
  peteranderson@dwt.com
Andrew G. Row, Esq., Cal. Bar No. 319994
  andrewrow@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Tel: (213) 633-6800
Fax: (213) 633-6899

Attorneys for Plaintiffs
MARSHMELLO CREATIVE, LLC,
365 TOURING INTERNATIONAL, INC.,
and CHRISTOPHER COMSTOCK

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| MARSHMELLO CREATIVE, LLC, a Delaware limited liability company; 365 TOURING INTERNATIONAL, INC., a Delaware corporation; and CHRISTOPHER COMSTOCK,<br><br>Plaintiffs,<br><br>v.<br><br>THOMAS HOEFER and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:23-cv-07345-SVW-MRW<br><br>PLAINTIFFS' RESPONSE TO COURT'S ORDER TO SHOW CAUSE *RE* SERVICE OF SUMMONS AND COMPLAINT |

# RESPONSE

Plaintiffs Marshmello Creative, LLC, 365 Touring International, Inc, and Christopher Comstock ("Plaintiffs") respectfully submit this Response to the Court's October 17, 2023, Order To Show Cause Why This Case Should Not Be Dismissed for Lack of Prosecution. (ECF No. 18.)

Plaintiffs filed their Complaint in this matter on September 6, 2023. (ECF No. 1). After noticing an issue with the initial summons issued on September 10, 2023 (ECF No. 9), Plaintiffs requested the issuance of a revised summons. (ECF Nos. 14 and 16.) The revised summons was issued by the Clerk on October 2, 2013. (ECF No. 17.) After attempts on October 3 and 6, 2023, to serve Defendant, he was served on October 8, 2023, with the Summons, Complaint, and related documents. (ECF No. 18.) Plaintiffs' service was in compliance with Federal Rule of Civil Procedure 4(e)(2)(B). And Plaintiffs received and filed with the Court the Proof of Service on October 13, 2023. (ECF No. 18.) As a result, Defendant Thomas Hoefer's responsive pleading to Plaintiffs' Complaint is due October 30, 2023. *See* Fed. R. Civ. P. 12(a)(1).

Accordingly, Plaintiffs respectfully request that the Order to Show Cause be discharged.

Dated: October 20, 2023

                                                              */s/Andrew Row*

Peter Anderson, Esq.
Andrew G. Row, Esq.
DAVIS WRIGHT TREMAINE LLP
Attorneys for Plaintiffs
MARSHMELLO CREATIVE, LLC,
365 TOURING INTERNATIONAL, INC.,
and CHRISTOPHER COMSTOCK