**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| MARSHMELLO CREATIVE, LLC, *etc.*, *et al.*,<br><br>                Plaintiffs,<br><br>   v.<br><br>THOMAS HOEFER *et al.*,<br><br>                Defendants. | Case No. 2:23-cv-7345 SVW (MRWx)<br><br>ORDER DISMISSING ACTION WITH PREJUDICE |

**ORDER**

Pursuant to the parties' Stipulation, this action is hereby dismissed, in its entirety and with prejudice, with Plaintiffs, on the one hand, and Defendant, on the other hand, to bear their respective attorneys' fees and costs.

Dated: July 3, 2024

_____
Hon. Stephen V. Wilson
UNITED STATES DISTRICT JUDGE